■ JASON PHILLIPS et al., Plaintiffs, v HENRY B's INC. et al., Defendants, and JON W. BUCHWALD, Individually and as Owner of Property at 86 Fall Street, Appellant. (Action No. 1.) JASON PHILLIPS et al., Plaintiffs, v VILLAGE OF SENECA FALLS, Respondent. (Action No. 2.) [915 NYS2d 882]—Appeal from an order of the Supreme Court, Seneca County (Dennis F. Bender, A.J.), entered January 28, 2010. The order, insofar as appealed from, granted the motion of defendant Village of Seneca Falls for summary judgment dismissing the complaint and all cross claims against it and denied the cross motion of defendant Jon W. Buchwald, individually and as owner of property at 86 Fall Street, for leave to serve an amended answer.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Fahey, Peradotto, Lindley and Martoche, JJ.